**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30049

AMERICAN GULF VII, INC.,

Plaintiff,

VERSUS

OTTO CANDIES, INC., ET AL.,

Defendants,

* * * * * * *

CON-EQUIP, INC.,

Plaintiff-Appellant,

VERSUS

AMERICAN GULF VII; AMERICAN GULF VII, IN REM; ET AL.,

Defendents-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
(94-CV-3905-K)

February 8, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is affirmed esssentially for reasons given by the district court in its opinions of August 29, 1997 and December 15, 1997.

AFFIRMED.